UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-102-F-1

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| WILLIAM PASCHAL | |

On motion of the Defendant, William Paschal, and for good cause shown, it is hereby

ORDERED that the **[DE 47]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _12_ day of July, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge